IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WES SKINNER     PLAINTIFF

VS.     4-03-CV-01025 SMR

PHIL MASK, Individually and in his Official
Capacity as Sheriff of Saline County, AR,
and SALINE COUNTY, ARKANSAS     DEFENDANTS

**COMPLAINT**

This case assigned to District Judge Reasoner
and to Magistrate Judge Ray

Comes now the Plaintiff, by and through his attorney, Robert A. Newcomb, and for his cause of action, states:

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1331 to enforce the provisions of 42 U.S.C. § 1983 for the violation of the Plaintiff's Due Process rights.

2. Venue is proper in this District and Division in that all parties are residents of the Eastern District of Arkansas.

## PARTIES

3. The Plaintiff at all times material to this cause of action was employed as a captain with the Saline County Sheriff's Office.

4. At all times material to this cause of action, Phil Mask, who is being sued individually and in his official capacity, was the sheriff of Saline County, Arkansas.

5. Saline County, Arkansas, at all times material to this cause of action was the Plaintiff's employer and is a governmental organization located within the Eastern District of Arkansas.

## FACTS

6. The Plaintiff was employed as a captain with the Saline County Sheriff's Office.

7. The Plaintiff at all times material to this cause of action was a citizen of Saline County, Arkansas.

8.  The Plaintiff had been employed in law enforcement for a period of 24 years prior to his termination by Defendant Mask.

9.  The Plaintiff in his capacity as a captain with the Saline County Sheriff's Office has the responsibility to approve time sheets of individuals.

10. The Plaintiff refused to approve overtime for individuals who were not eligible for overtime and so informed the authorities in Saline County, Arkansas, that he would not approve false time sheets.

11. The Plaintiff talked to members of the legislative body of Saline County as a citizen and employee concerning the misuse of county property and improper payment of overtime.

12. The Defendant, Phil Mask, terminated Plaintiff's employment in retaliation for him exercising his First Amendment rights.

13. The Defendant, Phil Mask, stigmatized the Plaintiff by public ally stating the reason for termination was multiple sexual harassment acts by Plaintiff and Plaintiff falsifying governmental records, which Plaintiff denies.

14. The Plaintiff requested a name-clearing hearing before the Saline County Quorum Court, which was denied.

## LEGAL CLAIMS

15. The Plaintiff's statements concerning the misspending of public funds were protected by the First Amendment to the Constitution of the United States.

16. The Plaintiff talking to members of the Saline County Quorum Court about misspending in the sheriff's office was a matter of public concern.

17. The right of the Plaintiff to speak on matters of public concern was well established at the time of his termination in October, 2003.

18. The statements made by Defendant Mask concerning Plaintiff's termination stigmatized his ability to pursue his chosen profession of law enforcement.

19. The actions of the Saline County Quorum Court in denying Plaintiff a name-clearing hearing violated his procedural and substantive due process rights under the Liberty Clause of the Fourteenth Amendment to the United States Constitution.

## RELIEF REQUESTED

20. The Plaintiff requests that this Court award him back pay, emotional damages, and humiliation damages against the Defendants, both individual and in their official capacities.

21. The Plaintiff prays this Court will award him punitive damages in an amount to be determined by a jury against Phil Mask individually.

22. The Plaintiff prays that this Court enter an order restoring him to the position as a captain with the Saline County Sheriff's Office, or in the alternative, award him front pay.

23. The Plaintiff prays this Court will award reasonable attorney's fees and litigation costs pursuant to 42 U.S.C. § 1988.

## JURY TRIAL DEMANDED

24. The Plaintiffs hereby request a trial by jury.

WHEREFORE, it is respectfully prayed that this Court will grant the Plaintiff the relief requested herein and such other relief to which he entitled.

Respectfully submitted,

*Robert A. Newcomb*
Robert A. Newcomb, #73087
Attorney at Law
P.O. Box 149
Little Rock, AR 72203
(501) 372-5577